NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**FORD GLOBAL TECHNOLOGIES, LLC,**
*Plaintiff-Appellee*

**v.**

**NEW WORLD INTERNATIONAL, INC., AUTO LIGHTHOUSE PLUS, LLC, UNITED COMMERCE CENTERS, INC.,**
*Defendants-Appellants*

_____

2019-1746

_____

Appeal from the United States District Court for the Northern District of Texas in No. 3:17-cv-03201-N, United States District Judge David C. Godbey.

_____

**JUDGMENT**

_____

JESSICA LYNN ELLSWORTH, Hogan Lovells US LLP, Washington, DC, argued for plaintiff-appellee. Also represented by KIRTI DATLA, REEDY SWANSON; MARC LORELLI, Brooks Kushman PC, Southfield, MI.

ROBERT GLENN OAKE, JR., Oake Law Office, Allen, TX, argued for defendants-appellants.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 22, 2020
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court